US0055725 ... A

# United States Patent [19]
## Klausner et al.

[11] Patent Number: 5,572,576
[45] Date of Patent: * Nov. 5, 1996

[54] **TELEPHONE ANSWERING DEVICE LINKING DISPLAYED DATA WITH RECORDED AUDIO MESSAGE**

[75] Inventors: Judah Klausner, Sagaponack, N.Y.; Robert Hotto, La Jolla, Calif.

[73] Assignee: Klausner Patent Technologies, Sagaponack, N.Y.

[*] Notice: The portion of the term of this patent subsequent to Feb. 1, 2011, has been disclaimed.

[21] Appl. No.: 188,200

[22] Filed: Mar. 15, 1994

### Related U.S. Application Data

[63] Continuation of Ser. No. 881,949, May 12, 1992, Pat. No. 5,390,236, which is a continuation-in-part of Ser. No. 860,699, Mar. 31, 1992, Pat. No. 5,283,818.

[51] Int. Cl.$^6$ .................... H04M 1/64; H04M 11/00
[52] U.S. Cl. .................... **379/67**; 379/76; 379/77; 379/96; 379/97; 379/104; 379/58; 379/354; 379/357
[58] Field of Search .................... 379/67, 88, 89, 379/58, 96, 142, 199, 97, 70, 74, 77

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 266,716 | 2/1989 | Weisz et al. | D14/141 |
| D. 309,901 | 8/1990 | Caesar | D14/244 |
| D. 316,024 | 4/1991 | Sharbaugh | D14/141 |
| D. 327,063 | 6/1992 | Panzer | D14/141 |
| 4,241,238 | 12/1980 | Strand | 179/5.5 |
| 4,304,968 | 12/1981 | Klausner et al. | 179/6.02 |
| 4,469,919 | 9/1984 | Nakamura et al. | 179/6.06 |
| 4,477,807 | 10/1984 | Nakajima et al. | 340/825.44 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0399520 | 11/1990 | European Pat. Off. | H04M 1/72 |

### OTHER PUBLICATIONS

Antonio Ruiz, *Voice and Telephony Applications For The Office Workstation*, IEEE Proceedings 1st International Conference on Computer Workstations, Nov. 11–14, 1985, pp. 158–163.

C. Schmandt and B. Arons, *Phone Slave: A Graphical Telecommunications Interface,* Proceedings of the Society For Information Display (SID) vol. 26, No. 1, 1985, pp 79–82.

Donald Clysdale and Rudie de Hoog, *Designing Terminals For The Evolving Network,* IEEE International Conference on Communications ICC '90, Apr. 15–19, 1990, pp. 118–122.

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—Fan Tsang
*Attorney, Agent, or Firm*—Darby & Darby, P.C.

[57] **ABSTRACT**

A telephone answering device (TAD) which includes a means of intelligently organizing voice messages, associated entered codes such as personal IDs and home telephone numbers, and information stored in the memory of the TAD. These codes or numbers are decoded by means of the caller entering DTMF signals into the telephone which are recognized, recorded and processed by the TAD. When processed with codes and personal information previously entered into the device's memory, the TAD displays the identity of the callers for each message, thus providing a menu of choices, i.e., a list of callers. This enables the user to access messages in a selective manner based on the identity of the caller. The need to listen to the actual voice messages to determine the caller's identity and the need to listen to the messages sequentially or chronologically is obviated, saving both time and effort. Additionally, because the voice message is also linked to pre-stored additional data in the data base, when hearing a message, one also can view relevant associated information, such as a fax number, etc., that might not have been left in the audio message but might be important. A remote access device is also provided that allows the user to retrieve and display the callers' identities and select a message to be played back from a remote location.

**21 Claims, 13 Drawing Sheets**





EXHIBIT A

5,572,576
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 4,511,764 | 4/1985 | Nakayama et al. | 179/90 AN |
| 4,517,410 | 5/1985 | Williams et al. | 179/6.04 |
| 4,600,809 | 7/1986 | Tatsumi et al. | 179/2 EA |
| 4,608,460 | 8/1986 | Carter et al. | 179/6.11 |
| 4,612,416 | 9/1986 | Emerson et al. | 179/6.11 |
| 4,720,846 | 1/1988 | Hattori | 379/79 |
| 4,759,056 | 7/1988 | Akiyama | 379/197 |
| 4,776,002 | 10/1988 | Kammerl | 379/88 |
| 4,782,510 | 11/1988 | Szlam | 379/88 |
| 4,790,003 | 12/1988 | Kepley et al. | 379/88 |
| 4,800,582 | 1/1989 | D'Agosto, III et al. | 379/216 |
| 4,802,202 | 1/1989 | Takahashi et al. | 379/67 |
| 4,803,717 | 2/1989 | Marui | 379/67 |
| 4,805,207 | 2/1989 | McNutt et al. | 379/89 |
| 4,829,559 | 5/1989 | Izawa et al. | 379/96 |
| 4,850,005 | 7/1989 | Hashimoto | 379/51 |
| 4,853,952 | 8/1989 | Jachmann et al. | 379/88 |
| 4,860,339 | 8/1989 | D'Agosto III et al. | 379/67 |
| 4,879,743 | 11/1989 | Burke et al. | 379/142 |
| 4,894,861 | 1/1990 | Fujioka | 379/374 |
| 4,916,730 | 4/1990 | Hashimoto | 379/70 |
| 4,924,496 | 5/1990 | Figa et al. | 379/142 |
| 4,930,152 | 5/1990 | Miller | 379/214 |
| 4,935,954 | 6/1990 | Thompson et al. | 379/89 |
| 4,961,216 | 10/1990 | Baehr et al. | 379/57 |
| 4,985,913 | 1/1991 | Shalom et al. | 379/76 |
| 5,003,575 | 3/1991 | Chamberlin et al. | 379/89 |
| 5,050,206 | 9/1991 | Shimanuki | 379/67 |
| 5,097,502 | 3/1992 | Suzuki et al. | 379/356 |
| 5,163,082 | 11/1992 | Karnowski | 379/88 |
| 5,301,227 | 4/1994 | Kamei et al. | 379/58 |



FIG. 1



FIG. 2



FIG. 3A

FIG. 3B





FIG. 4



FIG. 5

## FIG. 6

**MEMORY SECTION 1**

1. THORNTON ALUCKET—417-6832(H), 371-6288(O), 230 WEST RD., FAIRVIEW CITY, VICE PRESIDENT RLB CORP.
2. SID CEASER—497-6201(H) 331-2677(P), ROCKWELL DRIVE #34, PISTON LAKES, BIRTHDAY 11/17/16
3. PAT DOBBS—661-4199(O) 817-3121(H)
4. LUCY FROCK—637-4064(H), 12 E 9 ST. N.Y.C., 229-8019 (F)
5. FRAN GRILLARD—729-6555(H), 219-8663(O), 919-3342(F), 407 NEWTON LANE, PIANO TUNER
6. REGIS LAMB—431-9762(H), 211-0162(M), 431-2400(O), 684-3199(F), 34 E. 6 ST.

## FIG. 7

**MEMORY SECTION 2**

497-6201 (2)
661-4199 (3)
786-5035 (4)
431-9762 (5)

## FIG. 8

**MEMORY SECTION 3**

1. "PLEASE DIAL IN YOUR PHONE NUMBER ON A TOUCH TONE PHONE AND THEN LEAVE A MESSAGE. THANK YOU."
2. "HI, THIS IS SID; PLEASE BRING THE YELLOW BALLOONS WHEN YOU COME OVER TONIGHT."
3. "MS. DOBBS HERE. I'LL BE IN MY OFFICE TILL 5:30, THEN AT HOME."
4. "YOUR FRIEND ALICE. SEE YOU LATER TONIGHT."
5. "THIS IS MR. LAMB. I'LL BE IN MY CAR UNTIL ABOUT 4:00 P.M."

**U.S. Patent**  Nov. 5, 1996  Sheet 8 of 13  **5,572,576**

# FIG. 9

```
1. SID CEASER - 497-6201
2. PAT DOBBS - 661-4199
3. ALICE POOB - 786-5035
4. REGIS LAMB - 431-9762
5. MARY PRESTO - 382-6579
6. WILLY SMITH - 887-7200
```

# FIG. 10

```
REGIS LAMB
    HOME  # 431-9762
    MOBILE # 211-0162
    OFFICE # 431-2400
    FAX # 684-3199
    34 E. 6 ST.
```



FIG. 11



FIG. 12

FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 19



FIG. 18