# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

## I. (a) PLAINTIFFS

Klausner Technologies, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

## DEFENDANTS

Vonage Holdings, Corp , a Delaware corporation,
Vonage America, Inc., a Delaware corporation
GlobalTouch Telecom, Inc., a Delaware corporation
Speakeasy, Inc., a Georgia Corporation

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES  USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)

S. Calvin Capshaw
Brown McCarroll LLP
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: 903-236-9800

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault Libel & Slander | 630 Liquor Laws |  | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | 640 R.R & Truck | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | **PERSONAL INJURY** | 650 Airline Regs |  | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) | 362 Personal Injury – Med. Malpractice | 660 Occupational Safety/Health | 820 Copyrights | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 365 Personal Injury – Product Liability | 690 Other | x 830 Patent | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 368 Asbestos Personal Injury Product Liability |  | 840 Trademark | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 340 Marine | **LABOR** | **SOCIAL SECURITY** | 891 Agricultural Acts |
| 195 Contract Product Liability | 345 Marine Product Liability |  |  | 892 Economic Stabilization Act |
|  | 350 Motor Vehicle | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 893 Environmental Matters |
|  | 355 Motor Vehicle Product Liability | 720 Labor/Mgmt Relations | 862 Black Lung (923) | 894 Energy Allocation Act |
|  | 360 Other Personal Injury | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 864 SSID Title XVI | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 865 RSI (405(g)) | 950 Constitutionality of State State Statutes |
| 220 Foreclosure | 442 Employment | 740 Railway Labor Act |  | 890 Other Statutory Actions |
| 230 Rent Lease & Ejectment | 443 Housing Accommodations | **PERSONAL PROPERTY** 370 Other Fraud | 790 Other Labor Litigation |  |
| 240 Torts to Land | 444 Welfare | 371 Truth in Lending | 791 Empl. Ret. Inc Security Act | **FEDERAL TAX SUITS** |
| 245 Tort Product Liability | 440 Other Civil Rights | 380 Other Personal Property Damage |  | 870 Taxes (U.S Plaintiff or Defendant) |
| 290 All Other Real Property |  | 385 Property Damage Product Liability |  | 871 IRS – Third Party 26 USC 7609 |
|  |  | **HABEAS CORPUS:** 530 General 535 Death Penalty 540 Mandamus & Other 550 Civil Rights 555 Prison Condition |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge From Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE   DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S. § 271 -- Patent Infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER FR C.P 23

DEMAND Injunction and Demand CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] YES    NO

## VII. RELATED CASE(S) IF ANY (See Instructions):

DATE: 7/10/06

SIGNATURE OF ATTORNEY OF RECORD: S. Calvin Capshaw

FOR OFFICE USE ONLY   RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____