# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **KLAUSNER TECHNOLOGY, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CIVIL ACTION No. 206-CV-275-LED** |
| **v.** | § | |
| | § | **JURY DEMANDED** |
| **VONAGE HOLDINGS CORP., ET AL** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Defendant Vonage Holdings Corp. and Vonage America, Inc.'s Motion to Submit a Memorandum of Supplemental Authority Relating to the Claim Construction Hearing shall be, and is hereby GRANTED.

So ORDERED and SIGNED this 6th day of August, 2007.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE