IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York Corporation | § § § | |
| vs. | § § | CIVIL ACTION NO. 2:06cv275 |
| VONAGE HOLDINGS CORP, a Delaware Corporation, VONAGE AMERICA, INC., a Delaware Corporation | § § § § § | |

### ORDER

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order (Doc. No. 116) containing the Magistrate Judge's claim construction ruling has been presented for consideration.  Defendants Vonage Holding Corp. and Vonage America, Inc. have filed Objections (Docket No. 121) to the Memorandum Opinion and Order.  However, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby overrules Defendants' objections and adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the Opinion and Order of this Court.

**So ORDERED and SIGNED this 28th day of September, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**